AO 199A (Rev. 12/11 - EDCA [Fresno]) Order Setting Conditions of Release- Misd.

Case 1:18-po-00077-SAB   Document 6   Filed 05/25/18   Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

**FILED**

MAY 25 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Case No. 1:18-po-00077-SAB |
| DAVID AGUINIGA, | ) | |

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: **U.S. DISTRICT COURT, 2500 Tulare Street, Fresno, California**
*Place*

**before U.S. MAGISTRATE JUDGE STANLEY A. BOONE in COURTROOM 9**

on **June 21, 2018 at 10:00 AM**
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 5/25/18

_____
*Defendant's signature*

Date: 5/25/2018

_____
*Judicial Officer's Signature*

U.S. Magistrate Judge Stanley A. Boone
*Printed name and title*